# United States Court of Appeals
### For the Eighth Circuit

_____

No. 21-3490
_____

Antwoyn Terrell Spencer

*Plaintiff - Appellant*

v.

United States Bureau of Prisons; Warden J. Fikes; Captain Warlick; Lieutenant
Weber; Lieutenant Daniel Gravdahl; Officer G. White

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: April 6, 2022
Filed: April 11, 2022
[Unpublished]
_____

Before GRUENDER, ERICKSON, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Federal inmate Antwoyn Spencer appeals after the district court[1] dismissed his *pro se* civil rights action without prejudice for failure to exhaust administrative remedies. After careful review of the record and the parties' arguments on appeal, we find no basis for reversal. *See King v. Iowa Dep't of Corr.*, 598 F.3d 1051, 1052 (8th Cir. 2010) (reviewing *de novo* dismissal for failure to exhaust administrative remedies). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Nancy E. Brasel, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Katherine M. Menendez, then United States Magistrate Judge for the District of Minnesota, now United States District Judge.